# IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

## No. WR-83,307-01

IN RE BRAULIO JOSE ADORNO

PROOF ON APPLICATION FOR WRIT OF MANDAMUS CAUSE No. 1025788-A IN THE 178TH DISTRICT COURT FROM HARRIS COUNTY

ON FEBRUARY 12, 2015 THE DISTRICT ATTORNEYS OFFICE WAS SERVED WITH HABEAS APPLICATION RESPONSE CARD IS INCLUDED.

EXECUTED ON
JULY 16 2015

BRAULIO ADORNO
# 1378697

COFFIELD UNIT
2661 FM 2054
TENNESSEE COLONY,
TEXAS. 75884



# CHRIS DANIEL
## Harris County District Clerk

February 12, 2015

BRAULIIO JOSE ADORNO # 1378697
DALHART UNIT
11950 FM 998
DALHART, TX 79022

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 1025788-A in the 178th District Court.

☐ State's Original Answer Filed          ,

☐ Affidavit          ,

☐ Court Order Dated          ,

☐ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order          ,

☒ Other

Sincerely,

Roxana Garcia, Deputy
Criminal Post Trial

rg

Enclosure(s) – STATE'S PROPOSED ORDER DESIGNATING ISSUES

Cause No. 1025788-A

| | | |
|---|---|---|
| EX PARTE | § | IN THE 178th DISTRICT COURT |
| | § | OF |
| BRAULIO JOSE ADORNO,<br>Applicant | § | HARRIS COUNTY, TEXAS |

## MOTION REQUESTING DESIGNATION OF ISSUES

The State of Texas, by and through its Assistant District Attorney for Harris County, requests that this Court, pursuant to TEX. CODE CRIM. PROC. art. 11.07, §3(d), designate the following issues which need to be resolved:

1. Whether the applicant was denied effective assistance of counsel; and

2. Whether the applicant was denied due process.



FILED
Chris Daniel
District Clerk

FEB 1 0 2015

Time:_____
By_____ Harris County, Texas
Deputy

Service has been accomplished by mailing a true and correct copy of the foregoing instrument to the applicant at the following address:

Braulio Jose Adorno
#1378697 – Dalhart Unit
11950 FM 998
Dalhart, Texas 79022

SIGNED this 10th day of February, 2015.

Respectfully submitted,

Eva Flores
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-6657 (office)
(713) 755-5809 (fax)
Texas Bar I.D. #24059760

Cause No. 1025788-A

| EX PARTE | § | IN THE 178th DISTRICT COURT |
| | § | OF |
| BRAULIO JOSE ADORNO,<br>Applicant | § | HARRIS COUNTY, TEXAS |

## STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's application for writ of habeas corpus, the Court finds that the following issues need to be resolved in the instant proceeding:

1. Whether the applicant was denied effective assistance of counsel; and

2. Whether the applicant was denied due process.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue and then enter findings of fact.

The Clerk of the Court is **ORDERED** **NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further order by this Court.



FILED
Chris Daniel
District Clerk

FEB 10 2015

Time:_____
Harris County, Texas

By_____ Deputy

By the following signature, the Court adopts State's Proposed Order Designating Issues in Cause Number 1025788-A.

SIGNED on the _11th_ day of _February_, 2015.

_____
PRESIDING JUDGE

2